UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DAVID A. LINN,<br><br>    Plaintiff,<br><br>v.<br><br>MADERA COUNTY, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01128 DAD-EPG<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND CONTINUING SCHEDULING CONFERENCE**<br><br>**(ECF No. 5)** |

    The Court has reviewed the parties' stipulation (ECF No. 5) and finds good cause for granting Plaintiff leave to file an amended complaint and continuing the scheduling conference set for December 13, 2018.

    IT IS ORDERED:

1. Plaintiff shall file his amended complaint on or before December 21, 2018; and
2. The mandatory scheduling conference in this case is continued to **February 12, 2019, at 10:00 a.m., in Courtroom 10.**

IT IS SO ORDERED.

Dated:   **December 4, 2018**          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE