IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LINN,<br><br>    Plaintiff,<br><br>v.<br><br>MADERA COUNTY, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01128-DAD-EPG<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 8)** |

    Pursuant to the stipulation of the parties (ECF No. 8), and good cause appearing, the Court approves the parties stipulated extension of time. Defendants shall file their responses to the first amended complaint on or before **January 18, 2019**.

IT IS SO ORDERED.

    Dated: **January 7, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE