IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LINN,<br><br>            Plaintiff,<br><br>    v.<br><br>MADERA COUNTY, et al.,<br><br>            Defendants. | Case No. 1:18-cv-01128-DAD-EPG<br><br>**ORDER REGARDING STIPULATED EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 10)** |

Pursuant to the stipulation of the parties (ECF No. 10), and good cause appearing, the Court approves the parties stipulated extension of time. Accordingly, IT IS ORDERED

1. Defendants shall file their responses to the first amended complaint on or before **February 1, 2019**.

\\\
\\\
\\\
\\\
\\\
\\\

1

2. The scheduling conference set for February 12, 2019, is continued to **February 28, 2019, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: __**January 17, 2019**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE