# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. LINN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MADERA COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01128-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 12) |

On January 29, 2019, Plaintiff, David A. Linn, filed a notice of voluntary dismissal of entire action. (ECF No. 12.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **January 30, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1